**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL CASE NO. 20-20-DLB-CJS**
**CIVIL ACTION NO. 24-84-DLB-CJS**

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**


v.             **ORDER ADOPTING REPORT AND RECOMMENDATION**


**LAMON TOLBERT**                                                                    **DEFENDANT**

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 48), wherein she recommends that Defendant's Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255 (Doc. # 45) be denied. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)    The Magistrate Judge's R&R (Doc. # 48) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)    The Defendant's Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255 (Doc. # 45) is hereby **DENIED**;

(3)    This matter is **DISMISSED with prejudice** and **STRICKEN** from the Court's active docket; and

1

(4) For the reasons set forth herein and in Judge Smith's Report and Recommendation (Doc. # 48), the Court determines that there is no arguable merit for an appeal in this matter and, therefore, **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE.**

This 23rd day of January, 2025.



Signed By:
*David L. Bunning*  DB
United States District Judge